

# NUMBER 13-22-00061-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**SANTOS VALENTIN RAMOS,**                                                    **Appellant,**

**v.**

**TAYLOR LEANN SHAFER,**                                                      **Appellee.**

---

## On appeal from the 377th District Court
## of Victoria County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Order Per Curiam**

This cause is before the Court on appellant's fourth motion for extension of time to file appellant's brief. *See* TEX. R. APP. P. 10.5(b). Appellant's brief was initially due on July 11, 2022. Appellant previously filed motions to extend time to file brief on July 7, August 5, and September 9, 2022; we granted each motion, and the deadline for filing the brief was extended until October 11, 2022. In the current motion, appellant states an additional

thirty-day extension is necessary because counsel is handling several appellate and other matters which require her immediate attention.

Having fully examined and considered appellant's motion, the Court is of the opinion that, in the interest of justice, appellant's fourth motion of extension of time to file brief should be granted. Accordingly, we GRANT appellant's fourth motion of extension of time to file appellant's brief. Appellant's brief shall be filed with the clerk of this Court on or before 5:00 p.m. on Thursday, November 10, 2022. The Court will entertain no further requests for extension of time from appellant.

PER CURIAM

Delivered and filed on the
11th day of October, 2022.